| AO 10 Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting (last name, first, middle initial)** Bea, Carlos T. | **2. Court or Organization** U.S. Court of Appeals for the Ninth Circuit | **3. Date of Report** 07/10/2019 |
|---|---|---|
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time) Circuit Judge (Active) | **5a. Report Type (check appropriate type)** ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final **5b.** ☐ Amended Report | **6. Reporting Period** 01/01/2018 **to** 12/31/2018 |
| **7. Chambers or Office Address** U.S. Court of Appeals for the Ninth Circuit 95 Seventh Street San Francisco, CA 94103 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Managing member | ▓▓▓▓▓▓▓ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/23/1990 | Judges Retirement Systems, State of California (PERS) |
| 2. 1/23/1990 | City and County of San Francisco Deferred Compensation Plan (Aetna) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | San Francisco Judges' Retirement (pension) | $105,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | January 26-28, 2018 | Simi Valley, CA | Moderate panel | Transportation, meals, and lodging |
| 2. | Federalist Society | November 15-17, 2018 | Washington, DC | National Lawyers Convention | Transportation, meals, and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Banco Santander (cash) | A | Interest | J | T | | | | | |
| 2. ▮▮▮▮▮▮▮▮ | G | Distribution | O | V | | | | | |
| 3. Trees (Spain) | | None | N | W | | | | | |
| 4. TRUST ACCT #1 (H) | | | | | | | | | |
| 5. UBS Bank USA FDIC Insured Deposit (cash) (X) | A | Interest | J | T | | | | | |
| 6. UBS Tax-Free Reserves Fd Cl A (STFXX) (cash) (X) | B | Dividend | M | T | | | | | |
| 7. JPMorgan Chase (JPM) (X) | C | Dividend | M | T | | | | | |
| 8. Ishares Core High Dividend (HDV) | E | Dividend | N | T | | | | | |
| 9. SPDR S&P 500 ETF Tr (SPY) (X) | E | Dividend | O | T | | | | | |
| 10. Dodge & Cox Stock Fund (DODGX) | B | Dividend | K | T | | | | | |
| 11. California Pub Works 5%, Due 10/01/21 (130685WJ5) | B | Interest | K | T | | | | | |
| 12. California St Gen Oblig 5%, due 04/01/20 (13063A4K7) | B | Interest | K | T | | | | | |
| 13. California St Pub Works, 5%, Due 04/01/20 (1306852T6) | B | Interest | L | T | | | | | |
| 14. Cupertino Cal 5%, Due 08/01/20 (231237XV5) | B | Interest | K | T | | | | | |
| 15. East Bay Ca Mud Water 4%, Due 06/01/21 (271014VG4) | A | Interest | K | T | | | | | |
| 16. Campbell CA Un High 5% 08/01/21 (134159UR1) | A | Interest | K | T | Buy | 07/25/18 | K | | |
| 17. San Ramon Valley Cal 4%, Due 08/01/21 (799408P52) | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. State of California 5%, Due 10/01/21 (13063BPU0) | B | Interest | K | T | | | | | |
| 19. Los Angeles CA 5%, Due 06/01/22 (53945CBN9) | B | Interest | K | T | | | | | |
| 20. East Bay Cal Mut Wtr 5% 06/01/22 (271014XW7) | A | Interest | K | T | Buy | 07/23/18 | K | | |
| 21. Napa Valley Ca 4%, Due 08/01/22 (6303615K5) | A | Interest | K | T | | | | | |
| 22. Huntington Beach CA 5%, Due 08/01/22 (446222UC3) | B | Interest | K | T | | | | | |
| 23. California St Pub Works 5%, Due 03/01/23 (13068LDX0) | B | Interest | K | T | | | | | |
| 24. San Francisco CA 5%, Due 06/15/23 (797646QD1) | B | Interest | K | T | | | | | |
| 25. San Diego CA Cmnty 5% 08/01/23 (797272PP0) | A | Interest | K | T | Buy | 07/25/18 | K | | |
| 26. Huntington Beach CA 5%, Due 08/01/23 (446222UD1) | B | Interest | L | T | | | | | |
| 27. Bakersfield CA Wastewtr 5% 09/15/23 (05753PCA8) | A | Interest | K | T | Buy | 07/25/18 | K | | |
| 28. Los Angeles CA 5%, Due 07/01/24 (544495ZE7) | B | Interest | L | T | | | | | |
| 29. Metropolitan Wtr Dist 5% Due 07/01/24 (59266TLU3) | | None | K | T | Buy | 07/24/18 | K | | |
| 30. Santa Clara CA 5%, Due 08/01/24 (801546NF5) | B | Interest | K | T | | | | | |
| 31. California Infrastructure 5%, Due 10/01/24 (13034AEF3) | B | Interest | K | T | | | | | |
| 32. Bay Area Toll Auth CA 5% 04/01/25 (072024UY6) | A | Interest | K | T | Buy | 08/01/18 | K | | |
| 33. Los Angeles CA 5%, Due 07/01/25 (544525QP6) | B | Interest | K | T | | | | | |
| 34. Santa Monica-Malibu USD 4% 07/01/25 (802498PY5) | | None | K | T | Buy | 07/24/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Pacific Grove CA 5%, Due 08/01/25 (694393NB1) | A | Interest | K | T | | | | | |
| 36. | Ukiah CA 4%, Due 08/01/25 (903698DT2) | B | Interest | L | T | | | | | |
| 37. | University of CA, 5%, Due 05/15/26 (91412GUC7) | B | Interest | L | T | | | | | |
| 38. | Oxnard Cal UHSD 5% 08/01/26 (692039MD9) | A | Interest | K | T | Buy | 07/31/18 | K | | |
| 39. | Sacramento Mun Util Dist 5% 08/15/26 (786005WM6) | A | Interest | K | T | Buy | 07/25/18 | K | | |
| 40. | Bay Area Water Supply, 5%, Due 10/01/26 (072031BE6) | C | Interest | L | T | | | | | |
| 41. | San Mateo CA 5%, Due 06/01/27 (799054GZ8) | C | Interest | M | T | | | | | |
| 42. | Alameda County CA 5.250%, Due 12/01/27 (010831CB9) | C | Interest | L | T | | | | | |
| 43. | California St 5%, Due 08/01/28 (13063A2V5) | B | Interest | | | Redeemed | 10/18/18 | K | | |
| 44. | Bakersfield 5% Due 09/15/28 (05753PCF7) | B | Interest | K | T | | | | | |
| 45. | California St 5%, Due 11/01/28 (13077CUL6) | B | Interest | K | T | | | | | |
| 46. | Los Angeles CA 5%, Due 08/01/29 (54438CTD4) | B | Interest | K | T | | | | | |
| 47. | Napa Valley 5%, Due 08/01/29 (6303616Y4) | B | Interest | K | T | | | | | |
| 48. | State of California 5.25%, Due 10/01/29 (13063BAS1) | B | Interest | K | T | | | | | |
| 49. | Northern Ca Pwr 5%, Due 07/01/30 (664845EH3) | B | Interest | K | T | | | | | |
| 50. | California St 5% Due 08/01/30 (13063C6F2) | B | Interest | L | T | Buy | 02/12/18 | L | | |
| 51. | Franklin CA High Yield Muni (FCAMX) | E | Interest | O | T | Buy (add'l) | 07/06/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Franklin Global Bond Fund (TPINX) | E | Interest | O | T | Buy (add'l) | 07/06/18 | K | | |
| 53. TRUST ACCT #2 (H) | | | | | | | | | |
| 54. UBS Money Fund, Inc. Deposit A/C (cash) | A | Interest | K | T | | | | | 4 |
| 55. Altria Group (MO) | C | Dividend | L | T | Sold (part) | 01/10/18 | K | D | |
| 56. | | | | | Sold (part) | 01/11/18 | K | C | |
| 57. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 58. | | | | | Sold (part) | 03/07/18 | K | D | |
| 59. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 60. Apple Inc (AAPL) | B | Dividend | M | T | Buy | 02/08/18 | L | | |
| 61. | | | | | Buy (add'l) | 03/07/18 | K | | |
| 62. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 63. Berkshire Hathaway (BRK.B) | | None | L | T | Buy (add'l) | 02/05/18 | J | | |
| 64. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 65. Blackrock Inc (BLK) | C | Dividend | L | T | Buy (add'l) | 02/05/18 | J | | 50 |
| 66. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 67. CA Inc (CA) | B | Dividend | | | Buy (add'l) | 07/09/18 | J | | |
| 68. | | | | | Sold | 11/05/18 | M | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Carinval Corp (CCL) | C | Dividend | M | T | Sold<br>(part) | 02/02/18 | J | A | |
| 70. | | | | | | Buy<br>(add'l) | 02/05/18 | J | | |
| 71. | | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 72. | | | | | | Buy<br>(add'l) | 12/21/18 | K | | |
| 73. | Chevron Corp (CVX) | B | Dividend | L | T | Buy<br>(add'l) | 07/09/18 | J | | |
| 74. | Cinn Financial Corp (CINF) | B | Dividend | L | T | Buy<br>(add'l) | 02/05/18 | J | | |
| 75. | | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 76. | Cisco Systems (CSCO) | C | Dividend | M | T | Buy<br>(add'l) | 02/05/18 | J | | |
| 77. | | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 78. | Coca Cola Co (KO) | B | Dividend | L | T | Buy<br>(add'l) | 02/05/18 | J | | 62 |
| 79. | | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 80. | Crown Castle Int'l (CCI) | C | Dividend | L | T | Buy<br>(add'l) | 02/05/18 | J | | |
| 81. | | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 82. | Diageo PLC (DEO) | B | Dividend | L | T | Buy<br>(add'l) | 02/05/18 | J | | |
| 83. | | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 84. | Domimion Resources (D) | B | Dividend | K | T | Buy<br>(add'l) | 07/09/18 | J | | |
| 85. | Duke Energy Corp (DUK) | B | Dividend | L | T | Buy<br>(add'l) | 07/09/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Fastenal Co (FAST) | | None | L | T | Buy | 11/28/18 | K | | |
| 87. | | | | | Buy<br>(add'l) | 11/29/18 | L | | |
| 88. Franklin Resources Inc (BEN) | | None | L | T | Buy | 11/28/18 | K | | |
| 89. | | | | | Buy<br>(add'l) | 12/11/18 | K | | |
| 90. General Dynamics (GD) | B | Dividend | L | T | Buy<br>(add'l) | 02/05/18 | J | | |
| 91. | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 92. | | | | | Sold<br>(part) | 11/28/18 | K | D | |
| 93. | | | | | Sold<br>(part) | 12/11/18 | K | D | |
| 94. General Electric (GE) | A | Dividend | | | Buy<br>(add'l) | 02/05/18 | J | | |
| 95. | | | | | Sold | 02/08/18 | K | | |
| 96. General Mills (GIS) | A | Dividend | | | Buy<br>(add'l) | 02/05/18 | J | | |
| 97. | | | | | Sold<br>(part) | 03/07/18 | K | | |
| 98. | | | | | Sold<br>(part) | 03/08/18 | J | | |
| 99. | | | | | Sold | 04/05/18 | K | | |
| 100. Hasbro Inc (HAS) | A | Dividend | K | T | Buy<br>(add'l) | 07/09/18 | J | | |
| 101. Intel Corp (INTC) | B | Dividend | L | T | Buy<br>(add'l) | 07/09/18 | J | | |
| 102. Johnson & Johnson (JNJ) | B | Dividend | L | T | Buy | 08/07/18 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/16/18 | K | | |
| 104. Kinder Morgan (KMI) | B | Dividend | K | T | Buy (add'l) | 07/09/18 | J | | |
| 105. Lilly Ely & Co (LLY) | A | Dividend | | | Buy (add'l) | 02/05/18 | J | | |
| 106. | | | | | Sold (part) | 02/08/18 | K | B | |
| 107. | | | | | Sold (part) | 03/07/18 | K | | |
| 108. | | | | | Sold | 03/08/18 | J | | |
| 109. Lowes Companies (LOW) | B | Dividend | L | T | Buy (add'l) | 07/09/18 | J | | |
| 110. Merck & Co (MRK) | B | Dividend | M | T | Buy (add'l) | 02/05/18 | J | | |
| 111. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 112. Microsoft Corp (MSFT) | B | Dividend | L | T | Buy (add'l) | 02/05/18 | J | | 98 |
| 113. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 114. | | | | | Sold (part) | 11/28/18 | K | E | |
| 115. | | | | | Sold (part) | 12/11/18 | K | E | |
| 116. Nestle SA (NSRGY) | | None | L | T | Buy | 11/29/18 | K | | |
| 117. | | | | | Buy (add'l) | 12/11/18 | K | | |
| 118. Newmarket Corp (NEU) | A | Dividend | L | T | | | | | |
| 119. Norfolk Southern (NSC) | C | Dividend | M | T | Buy (add'l) | 07/09/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 11/28/18 | K | D | |
| 121. | | | | | Sold (part) | 12/11/18 | K | D | |
| 122. Paccar Inc (PCAR) | B | Dividend | L | T | Buy | 03/07/18 | K | | |
| 123. | | | | | Buy (add'l) | 03/08/18 | K | | |
| 124. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 125. | | | | | Buy (add'l) | 08/16/18 | K | | |
| 126. Paychex Inc (PAYX) | B | Dividend | L | T | Buy (add'l) | 02/05/18 | J | | |
| 127. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 128. Pfizer Inc (PFE) | C | Dividend | L | T | Buy (add'l) | 02/05/18 | J | | |
| 129. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 130. Philip Morris (PM) | B | Dividend | K | T | Buy (add'l) | 07/09/18 | J | | |
| 131. Target Corp (TGT) | C | Dividend | K | T | Buy (add'l) | 02/05/18 | J | | |
| 132. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 133. | | | | | Sold (part) | 08/16/18 | L | E | |
| 134. Texas Instruments (TXN) | | None | L | T | Buy | 11/28/18 | K | | |
| 135. | | | | | Buy (add'l) | 12/11/18 | K | | |
| 136. UPS (UPS) | C | Dividend | L | T | Buy | 01/10/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 01/11/18 | K | | |
| 138. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 139. | | | | | Buy (add'l) | 02/08/18 | K | | |
| 140. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 141. Verizon Communications (VZ) | C | Dividend | L | T | Buy (add'l) | 02/05/18 | J | | |
| 142. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 143. Wells Fargo & Co (WFC) | C | Dividend | M | T | Buy (add'l) | 02/05/18 | J | | |
| 144. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 145. TRUST ACCT #3 (H) | | | | | | | | | |
| 146. UBS Money Fund, Inc. Deposit A/C (cash) | A | Dividend | K | T | | | | | 4 |
| 147. Adobe Systems (ADBE) | | None | K | T | Buy (add'l) | 02/05/18 | J | | 39 |
| 148. | | | | | Sold (part) | 06/19/18 | J | A | |
| 149. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 150. | | | | | Sold (part) | 10/29/18 | J | B | |
| 151. Akamai Tech (AKAM) | | None | K | T | Sold (part) | 05/03/18 | J | A | 40 |
| 152. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 153. | | | | | Sold (part) | 10/09/18 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 12/03/18 | J | A | |
| 155.  Alexion Phar (ALXN) | | None | K | T | Buy<br>(add'l) | 03/20/18 | J | | 41 |
| 156. | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 157.  Alibaba Group Holdings LTD (BABA) | | None | J | T | Buy | 08/28/18 | J | | |
| 158. | | | | | Buy<br>(add'l) | 08/29/18 | J | | |
| 159. | | | | | Buy<br>(add'l) | 09/20/18 | J | | |
| 160. | | | | | Buy<br>(add'l) | 09/27/18 | J | | |
| 161. | | | | | Buy<br>(add'l) | 10/15/18 | J | | |
| 162.  Alphabet Inc CL A (GOOGL) | | None | K | T | Buy<br>(add'l) | 07/09/18 | J | | 42 |
| 163.  Alphabet Inc CL C (GOOG) | | None | K | T | Buy<br>(add'l) | 07/09/18 | J | | 43 |
| 164.  Amazon.com (AMZN) | | None | L | T | Sold<br>(part) | 03/09/18 | J | A | 46 |
| 165. | | | | | Buy<br>(add'l) | 12/26/18 | J | | |
| 166.  American Express (AXP) | A | Dividend | K | T | Buy<br>(add'l) | 07/09/18 | J | | 47 |
| 167.  Anheuser Busch (BUD) | A | Dividend | K | T | Buy<br>(add'l) | 02/05/18 | J | | 48 |
| 168. | | | | | Buy<br>(add'l) | 05/16/18 | J | | |
| 169.  Apple Inc (APPL) | A | Dividend | K | T | Buy<br>(add'l) | 02/05/18 | J | | 45 |
| 170. | | | | | Sold<br>(part) | 05/09/18 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 07/03/18 | J | | |
| 172. | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 173. | | | | | Buy<br>(add'l) | 09/17/18 | J | | |
| 174. | | | | | Buy<br>(add'l) | 09/28/18 | J | | |
| 175.  Biogen (BIIB) | | None | K | T | Buy<br>(add'l) | 07/09/18 | J | | 53 |
| 176.  Biomarin Pharmaceutical Inc (BMRN) | | None | J | T | Buy | 05/02/18 | J | | |
| 177. | | | | | Buy<br>(add'l) | 05/08/18 | J | | |
| 178. | | | | | Buy<br>(add'l) | 05/14/18 | J | | |
| 179. | | | | | Buy<br>(add'l) | 05/25/18 | J | | |
| 180. | | | | | Buy<br>(add'l) | 06/19/18 | J | | |
| 181. | | | | | Buy<br>(add'l) | 09/11/18 | J | | |
| 182. | | | | | Buy<br>(add'l) | 10/30/18 | J | | |
| 183.  Blackrock Inc (BLK) | A | Dividend | K | T | Sold<br>(part) | 02/02/18 | J | A | 50 |
| 184. | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 185.  Caterpillar Inc (CAT) | A | Dividend | K | T | Buy | 02/08/18 | J | | |
| 186. | | | | | Buy<br>(add'l) | 02/13/18 | J | | |
| 187. | | | | | Buy<br>(add'l) | 02/26/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 189. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 190. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 191. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 192. Celgene (CELG) | | None | K | T | Buy (add'l) | 02/05/18 | J | | 56 |
| 193. Chipotle Mexican (CMG) | | None | K | T | Buy (add'l) | 02/05/18 | J | | 58 |
| 194. | | | | | Sold (part) | 06/14/18 | J | B | |
| 195. | | | | | Sold (part) | 08/20/18 | J | A | |
| 196. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 197. Coca Cola Co (KO) | A | Dividend | K | T | Buy (add'l) | 07/09/18 | J | | 62 |
| 198. Comcast (CMCSA) | A | Dividend | K | T | Buy (add'l) | 07/09/18 | J | | 64 |
| 199. Costco Whoesale (COST) | A | Dividend | K | T | Sold (part) | 08/29/18 | J | A | 67 |
| 200. CVS Healthcare (CVS) | A | Dividend | | | Sold (part) | 03/08/18 | J | | 68 |
| 201. | | | | | Sold (part) | 03/15/18 | J | | |
| 202. | | | | | Sold (part) | 04/19/18 | J | | |
| 203. | | | | | Sold (part) | 05/07/18 | J | | |
| 204. | | | | | Sold (part) | 05/08/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold | 05/09/18 | J | | |
| 206.  Dentsply Sirona (XRAY) | A | Dividend | | | Buy<br>(add'l) | 01/26/18 | J | | 69 |
| 207. | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 208. | | | | | Sold<br>(part) | 08/09/18 | J | | |
| 209. | | | | | Sold<br>(part) | 08/29/18 | J | | |
| 210. | | | | | Sold<br>(part) | 09/12/18 | J | | |
| 211. | | | | | Sold<br>(part) | 09/17/18 | J | | |
| 212. | | | | | Sold<br>(part) | 09/20/18 | J | | |
| 213. | | | | | Sold<br>(part) | 09/24/18 | J | | |
| 214. | | | | | Sold | 09/25/18 | J | | |
| 215.  EBAY (EBAY) | | None | | | Sold<br>(part) | 05/10/18 | J | A | 73 |
| 216. | | | | | Sold<br>(part) | 05/25/18 | J | A | |
| 217. | | | | | Sold<br>(part) | 06/06/18 | J | A | |
| 218. | | | | | Sold<br>(part) | 06/18/18 | J | A | |
| 219. | | | | | Sold<br>(part) | 06/27/18 | J | A | |
| 220. | | | | | Sold | 06/28/18 | J | A | |
| 221.  Ecolab Inc (ECL) | A | Dividend | K | T | Buy<br>(add'l) | 02/05/18 | J | | 74 |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 223. Equinix Inc Reit (EQIX) | A | Dividend | K | T | Buy | 02/20/18 | J | | |
| 224. | | | | | Buy<br>(add'l) | 03/15/18 | J | | |
| 225. | | | | | Buy<br>(add'l) | 06/25/18 | J | | |
| 226. | | | | | Buy<br>(add'l) | 10/18/18 | J | | |
| 227. Facebook Inc (FB) | | None | K | T | Buy<br>(add'l) | 04/30/18 | J | | 78 |
| 228. | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 229. | | | | | Buy<br>(add'l) | 08/27/18 | J | | |
| 230. | | | | | Buy<br>(add'l) | 09/27/18 | J | | |
| 231. | | | | | Buy<br>(add'l) | 11/08/18 | J | | |
| 232. | | | | | Buy<br>(add'l) | 11/19/18 | J | | |
| 233. Grainger WW (GWW) | A | Dividend | K | T | Sold<br>(part) | 09/04/18 | J | A | 83 |
| 234. | | | | | Buy<br>(add'l) | 10/19/18 | J | | |
| 235. | | | | | Buy<br>(add'l) | 10/23/18 | J | | |
| 236. Home Depot (HD) | A | Dividend | K | T | Sold<br>(part) | 03/15/18 | J | A | 86 |
| 237. | | | | | Sold<br>(part) | 10/10/18 | J | A | |
| 238. Honeywell Int'l (HON) | A | Dividend | | | Sold | 06/07/18 | J | B | 87 |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  IHS Markit LTD (INFO) | | None | K | T | Buy | 10/29/18 | J | | |
| 240. | | | | | Buy<br>(add'l) | 11/01/18 | J | | |
| 241. | | | | | Buy<br>(add'l) | 11/16/18 | J | | |
| 242. | | | | | Buy<br>(add'l) | 11/19/18 | J | | |
| 243. | | | | | Buy<br>(add'l) | 11/23/18 | J | | |
| 244. | | | | | Buy<br>(add'l) | 11/29/18 | J | | |
| 245. | | | | | Buy<br>(add'l) | 11/30/18 | J | | |
| 246. | | | | | Buy<br>(add'l) | 12/03/18 | J | | |
| 247. | | | | | Buy<br>(add'l) | 12/19/18 | J | | |
| 248. | | | | | Buy<br>(add'l) | 12/24/18 | J | | |
| 249.  Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy<br>(add'l) | 02/05/18 | J | | 89 |
| 250.  Linde PLC (LIN) | A | Dividend | K | T | | | | | |
| 251.  MC Cormick & Co (MKC) | A | Dividend | J | T | Sold<br>(part) | 12/19/18 | J | A | 95 |
| 252. | | | | | Sold<br>(part) | 12/20/18 | J | A | |
| 253.  Microsoft Corp (MSFT) | A | Dividend | L | T | Buy<br>(add'l) | 07/09/18 | J | | 98 |
| 254.  Monsanto (MON) | A | Dividend | | | Sold<br>(part) | 02/08/18 | J | A | 99 |
| 255. | | | | | Sold<br>(part) | 02/09/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Sold<br>(part) | 02/12/18 | J | A | |
| 257. | | | | | Sold<br>(part) | 02/13/18 | J | A | |
| 258. | | | | | Sold<br>(part) | 02/21/18 | J | A | |
| 259. | | | | | Sold | 02/22/18 | J | A | |
| 260. Nutanix Inc Cl A (NTNX) | | None | J | T | Buy | 10/09/18 | J | | |
| 261. | | | | | Buy<br>(add'l) | 10/11/18 | J | | |
| 262. | | | | | Buy<br>(add'l) | 10/15/18 | J | | |
| 263. | | | | | Buy<br>(add'l) | 10/18/18 | J | | |
| 264. | | | | | Buy<br>(add'l) | 10/25/18 | J | | |
| 265. | | | | | Buy<br>(add'l) | 12/20/18 | J | | |
| 266. Nvidia Corp (NVDA) | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 267. | | | | | Buy<br>(add'l) | 12/12/18 | J | | |
| 268. Oracle Corp (ORCL) | A | Dividend | K | T | Buy<br>(add'l) | 02/02/18 | J | | 106 |
| 269. | | | | | Buy<br>(add'l) | 03/22/18 | J | | |
| 270. Palo Alto Network (PANW) | | None | K | T | Sold<br>(part) | 06/19/18 | J | B | 107 |
| 271. | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 272. Paypal Holdings (PYPL) | | None | K | T | Buy<br>(add'l) | 07/09/18 | J | | 108 |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Sold<br>(part) | 11/20/18 | J | A | |
| 274.  Pioneer Natural Resources (PXD) | A | Dividend | J | T | Sold<br>(part) | 01/25/18 | J | A | 112 |
| 275. | | | | | Sold<br>(part) | 05/22/18 | J | A | |
| 276. | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 277. | | | | | Sold<br>(part) | 10/18/18 | J | A | |
| 278.  Praxair Inc (PX) | A | Dividend | | | Buy<br>(add'l) | 02/08/18 | J | | 113 |
| 279. | | | | | Buy<br>(add'l) | 02/13/18 | J | | |
| 280. | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 281. | | | | | Merged<br>(with line 250) | 10/30/18 | K | B | |
| 282.  QUALCOMM Inc (QCOM) | A | Dividend | K | T | Buy | 05/09/18 | J | | |
| 283. | | | | | Buy<br>(add'l) | 05/10/18 | J | | |
| 284. | | | | | Buy<br>(add'l) | 05/14/18 | J | | |
| 285. | | | | | Buy<br>(add'l) | 05/25/18 | J | | |
| 286. | | | | | Buy<br>(add'l) | 07/09/18 | J | | |
| 287. | | | | | Buy<br>(add'l) | 08/17/18 | J | | |
| 288.  Red Hat (RHT) | | None | K | T | Buy<br>(add'l) | 07/09/18 | J | | 116 |
| 289. | | | | | Sold<br>(part) | 09/17/18 | J | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 11/15/18 | J | C | |
| 291. | | | | | Sold (part) | 11/28/18 | J | B | |
| 292. | | | | | Sold (part) | 11/29/18 | J | A | |
| 293. | | | | | Sold (part) | 12/12/18 | J | B | |
| 294. Regeneron Phar (REGN) | | None | K | T | | | | | 117 |
| 295. Rockwell Collins (COL) (X) | A | Dividend | | | Sold (part) | 02/08/18 | J | A | |
| 296. | | | | | Sold (part) | 02/09/18 | J | A | |
| 297. | | | | | Sold (part) | 02/13/18 | J | A | |
| 298. | | | | | Sold (part) | 02/20/18 | J | A | |
| 299. | | | | | Sold | 02/26/18 | J | A | |
| 300. Schlumberger Ltd (SLB) | A | Dividend | J | T | Buy (add'l) | 07/09/18 | J | | 122 |
| 301. | | | | | Sold (part) | 12/21/18 | J | | |
| 302. Schwab, Charles (SCHW) | A | Dividend | K | T | Buy (add'l) | 07/09/18 | J | | 123 |
| 303. Splunk Inc (SPLK) | | None | K | T | Sold (part) | 03/28/18 | J | A | 124 |
| 304. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 305. | | | | | Sold (part) | 10/29/18 | J | B | |
| 306. Texas Instruments (TXN) | A | Dividend | K | T | Buy (add'l) | 02/05/18 | J | | 125 |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 308. | | | | | Sold (part) | 09/11/18 | J | A | |
| 309. Thermo Fisher (TMO) | A | Dividend | K | T | Buy (add'l) | 07/09/18 | J | | 126 |
| 310. UPS (UPS) | A | Dividend | K | T | Buy (add'l) | 07/09/18 | J | | 134 |
| 311. United Health Group (UNH) | A | Dividend | K | T | | | | | 135 |
| 312. Visa Inc (V) | A | Dividend | K | T | Buy (add'l) | 07/09/18 | J | | 139 |
| 313. VM Ware (VMW) | C | Dividend | J | T | Sold (part) | 02/01/18 | J | A | 140 |
| 314. | | | | | Sold (part) | 06/20/18 | J | A | |
| 315. | | | | | Sold (part) | 10/11/18 | J | A | |
| 316. Walt Disney Co (DIS) | A | Dividend | K | T | Buy (add'l) | 07/09/18 | J | | 142 |
| 317. Yum China (YUMC) | A | Dividend | K | T | Buy (add'l) | 07/09/18 | J | | 146 |
| 318. Zoetis Inc (ZTS) | A | Dividend | K | T | Sold (part) | 05/02/18 | J | A | 147 |
| 319. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 320. IRA #1 (H) | | | | | | | | | |
| 321. UBS Money Fund, Inc. Deposit A/C (cash) | A | Interest | K | T | | | | | 4 |
| 322. Adobe Systems (ADBE) | | None | K | T | Sold (part) | 10/26/18 | J | A | 39 |
| 323. | | | | | Sold (part) | 10/29/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  Akamai Tech (AKAM) | | None | K | T | Sold (part) | 05/03/18 | J | B | 40 |
| 325. | | | | | Sold (part) | 10/09/18 | J | A | |
| 326. | | | | | Sold (part) | 11/20/18 | J | A | |
| 327.  Alexion Phar (ALXN) | | None | K | T | Buy (add'l) | 03/20/18 | J | | 41 |
| 328.  Alibaba Group Hldg (BABA) | | None | J | T | Buy | 08/28/18 | J | | |
| 329. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 330. | | | | | Buy (add'l) | 09/20/18 | J | | |
| 331. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 332. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 333.  Alphabet Inc CL A (GOOGL) | | None | K | T | | | | | 42 |
| 334.  Alphabet Inc CL C (GOOG) | | None | K | T | | | | | 43 |
| 335.  Amazon.com (AMZN) | | None | L | T | Sold (part) | 03/09/18 | J | C | 46 |
| 336. | | | | | Sold (part) | 09/06/18 | J | C | |
| 337. | | | | | Buy (add'l) | 12/26/18 | J | | |
| 338.  American Express (AXP) | A | Dividend | K | T | | | | | 47 |
| 339.  Anheuser Busch (BUD) | A | Dividend | K | T | Buy (add'l) | 03/08/18 | J | | 48 |
| 340. | | | | | Buy (add'l) | 05/16/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  Apple Inc (AAPL) | A | Dividend | K | T | Sold (part) | 05/09/18 | J | B | 45 |
| 342. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 343. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 344. | | | | | Buy (add'l) | 09/28/18 | J | | |
| 345.  Biogen (BIIB) | | None | K | T | | | | | 53 |
| 346.  Biomarin Pharmaceutical Inc (BMRN) | | None | J | T | Buy | 05/02/18 | J | | |
| 347. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 348. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 349. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 350. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 351. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 352. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 353.  Blackrock Inc (BLK) | A | Dividend | K | T | | | | | 50 |
| 354.  Caterpillar Inc (CAT) | A | Dividend | J | T | Buy | 02/08/18 | J | | |
| 355. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 356. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 357. | | | | | Buy (add'l) | 03/05/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 359. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 360. Celgene (CELG) | | None | K | T | | | | | 56 |
| 361. Chipotle Mexican (CMG) | | None | J | T | Sold (part) | 06/14/18 | J | A | 58 |
| 362. | | | | | Sold (part) | 08/20/18 | J | A | |
| 363. | | | | | Buy (add'l) | 10/10/18 | J | | |
| 364. Coca Cola Co (KO) | A | Dividend | J | T | Buy (add'l) | 08/27/18 | J | | 62 |
| 365. | | | | | Sold (part) | 11/20/18 | J | A | |
| 366. Comcast (CMCSA) | A | Dividend | K | T | Sold (part) | 11/20/18 | J | | 64 |
| 367. Costco Whoesale (COST) | A | Dividend | K | T | Sold (part) | 08/29/18 | J | B | 67 |
| 368. CVS Healthcare (CVS) | A | Dividend | | | Sold (part) | 03/08/18 | J | | 68 |
| 369. | | | | | Sold (part) | 03/15/18 | J | | |
| 370. | | | | | Sold (part) | 04/19/18 | J | | |
| 371. | | | | | Sold (part) | 05/07/18 | J | | |
| 372. | | | | | Sold (part) | 05/08/18 | J | | |
| 373. | | | | | Sold | 05/09/18 | J | | |
| 374. Dentsply Sirona (XRAY) | A | Dividend | | | Buy (add'l) | 01/26/18 | J | | 69 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 08/09/18 | J | | |
| 376. | | | | | Sold (part) | 08/29/18 | J | | |
| 377. | | | | | Sold (part) | 09/12/18 | J | | |
| 378. | | | | | Sold (part) | 09/17/18 | J | | |
| 379. | | | | | Sold (part) | 09/20/18 | J | | |
| 380. | | | | | Sold (part) | 09/24/18 | J | | |
| 381. | | | | | Sold | 09/25/18 | J | | |
| 382.  EBAY (EBAY) | | None | | | Sold (part) | 05/10/18 | J | A | 73 |
| 383. | | | | | Sold (part) | 05/25/18 | J | A | |
| 384. | | | | | Sold (part) | 06/06/18 | J | A | |
| 385. | | | | | Sold (part) | 06/14/18 | J | A | |
| 386. | | | | | Sold (part) | 06/27/18 | J | A | |
| 387. | | | | | Sold | 06/28/18 | J | A | |
| 388.  Ecolab Inc (ECL) | A | Dividend | K | T | Sold (part) | 11/20/18 | J | A | 74 |
| 389.  Equinix Inc REIT (EQIX) | A | Dividend | K | T | Buy | 02/20/18 | J | | |
| 390. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 391. | | | | | Buy (add'l) | 03/15/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bea, Carlos T.** | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 05/08/18 | J | | |
| 393. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 394. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 395.  Facebook Inc (FB) | | None | K | T | Buy (add'l) | 04/30/18 | J | | 78 |
| 396. | | | | | Buy (add'l) | 08/27/18 | J | | |
| 397. | | | | | Buy (add'l) | 09/27/18 | J | | |
| 398. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 399. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 400.  Grainger WW (GWW) | A | Dividend | K | T | Sold (part) | 09/04/18 | J | B | 83 |
| 401. | | | | | Buy (add'l) | 10/19/18 | J | | |
| 402. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 403. | | | | | Buy (add'l) | 10/26/18 | J | | |
| 404. | | | | | Sold (part) | 11/20/18 | J | B | |
| 405.  Home Depot (HD) | A | Dividend | K | T | Sold (part) | 03/15/18 | J | A | 86 |
| 406. | | | | | Sold (part) | 10/10/18 | J | B | |
| 407.  Honeywell Int'l (HON) | A | Dividend | | | Sold | 06/07/18 | K | B | 87 |
| 408.  IHS Markit Ltd (INFO) | | None | J | T | Buy | 10/29/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 410. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 411. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 412. | | | | | Buy (add'l) | 11/23/18 | J | | |
| 413. | | | | | Buy (add'l) | 11/29/18 | J | | |
| 414. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 415. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 416. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 417. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 418.  Johnson & Johnson (JNJ) | A | Dividend | J | T | Sold (part) | 11/20/18 | J | A | 89 |
| 419.  Linde PLC Eur (LIN) | A | Dividend | K | T | | | | | |
| 420.  MC Cormick & Co (MKC) | A | Dividend | J | T | Sold (part) | 11/16/18 | J | A | 95 |
| 421. | | | | | Sold (part) | 12/19/18 | J | A | |
| 422.  Microsoft Corp (MSFT) | A | Dividend | K | T | Sold (part) | 11/20/18 | J | C | 98 |
| 423.  Monsanto (MON) | A | Dividend | | | Sold (part) | 02/06/18 | J | A | 99 |
| 424. | | | | | Sold (part) | 02/07/18 | J | A | |
| 425. | | | | | Sold (part) | 02/08/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426. | | | | | Sold<br>(part) | 02/09/18 | J | A | |
| 427. | | | | | Sold<br>(part) | 02/16/18 | J | A | |
| 428. | | | | | Sold | 02/20/18 | J | A | |
| 429. Nutanix Inc Cl A (NTNX) | | None | J | T | Buy | 10/09/18 | J | | |
| 430. | | | | | Buy<br>(add'l) | 10/11/18 | J | | |
| 431. | | | | | Buy<br>(add'l) | 10/15/18 | J | | |
| 432. | | | | | Buy<br>(add'l) | 10/25/18 | J | | |
| 433. | | | | | Buy<br>(add'l) | 12/20/18 | J | | |
| 434. Nvidia Corp (NVDA) | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 435. | | | | | Buy<br>(add'l) | 12/12/18 | J | | |
| 436. Oracle Corp (ORCL) | A | Dividend | K | T | Buy<br>(add'l) | 02/02/18 | J | | 106 |
| 437. | | | | | Buy<br>(add'l) | 03/22/18 | J | | |
| 438. | | | | | Buy<br>(add'l) | 06/25/18 | J | | |
| 439. | | | | | Sold<br>(part) | 11/20/18 | J | A | |
| 440. Palo Alto Network (PANW) | | None | K | T | Sold<br>(part) | 06/19/18 | J | B | 107 |
| 441. Paypal Holdings (PYPL) | | None | K | T | | | | | 108 |
| 442. Pioneer Natural Resources (PXD) | A | Dividend | J | T | Sold<br>(part) | 01/25/18 | J | A | 112 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. | | | | | Sold<br>(part) | 05/22/18 | J | A | |
| 444. | | | | | Sold<br>(part) | 10/18/18 | J | A | |
| 445.  Praxair Inc (PX) | A | Dividend | | | Buy<br>(add'l) | 02/08/18 | J | | 113 |
| 446. | | | | | Buy<br>(add'l) | 02/13/18 | J | | |
| 447. | | | | | Merged<br>(with line 419) | 10/31/18 | K | B | |
| 448.  Qualcomm Inc (QCOM) | A | Dividend | K | T | Buy | 05/09/18 | J | | |
| 449. | | | | | Buy<br>(add'l) | 05/10/18 | J | | |
| 450. | | | | | Buy<br>(add'l) | 05/14/18 | J | | |
| 451. | | | | | Buy<br>(add'l) | 05/25/18 | J | | |
| 452. | | | | | Buy<br>(add'l) | 08/17/18 | J | | |
| 453.  Red Hat (RHT) | | None | K | T | Sold<br>(part) | 11/15/18 | J | B | 116 |
| 454. | | | | | Sold<br>(part) | 11/28/18 | J | B | |
| 455. | | | | | Sold<br>(part) | 11/29/18 | J | A | |
| 456. | | | | | Sold<br>(part) | 12/12/18 | J | B | |
| 457.  Regeneron Phar (REGN) | | None | J | T | Sold<br>(part) | 11/20/18 | J | | 117 |
| 458.  Rockwell Collins (COL) (X) | A | Dividend | | | Sold<br>(part) | 02/06/18 | J | A | |
| 459. | | | | | Sold<br>(part) | 02/07/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 02/09/18 | J | A | |
| 461. | | | | | Sold (part) | 02/15/18 | J | A | |
| 462. | | | | | Sold | 02/22/18 | J | A | |
| 463. Schlumberger Ltd (SLB) | A | Dividend | J | T | Sold (part) | 12/21/18 | J | | 122 |
| 464. Schwab, Charles (SCHW) | A | Dividend | K | T | | | | | 123 |
| 465. Splunk Inc (SPLK) | | None | K | T | Sold (part) | 10/29/18 | J | A | 124 |
| 466. Texas Instruments (TXN) | A | Dividend | K | T | | | | | 125 |
| 467. Thermo Fisher (TMO) | A | Dividend | K | T | Sold (part) | 11/20/18 | J | A | 126 |
| 468. UPS (UPS) (corrected from UPX) | A | Distribution | K | T | | | | | 134 |
| 469. UnitedHealth Group (UNH) | A | Dividend | K | T | Sold (part) | 11/20/18 | J | B | 135 |
| 470. Visa Inc (V) | A | Dividend | K | T | | | | | 139 |
| 471. VM Ware (VMW) | B | Dividend | J | T | Sold (part) | 06/20/18 | J | A | 140 |
| 472. | | | | | Sold (part) | 10/11/18 | J | B | |
| 473. Walt Disney Co (DIS) | A | Dividend | K | T | Sold (part) | 11/20/18 | J | A | 142 |
| 474. Yum China (YUMC) | A | Dividend | J | T | | | | | 146 |
| 475. Zoetis Inc (ZTS) | A | Dividend | K | T | Sold (part) | 05/02/18 | J | B | 147 |
| 476. | | | | | Sold (part) | 11/20/18 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bea, Carlos T. | 07/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. IRA #2 (H) | | | | | | | | | |
| 478. UBS RMA Govt Money Market Fund (cash equivalent) (X) (Y) | | | | | | | | | |
| 479. IRA Traditional: UBS Bank Deposit (cash) | A | Interest | M | T | | | | | |
| 480. SPDR S&P 500 ETF TR (SPY) | | None | M | T | Buy | 10/11/18 | M | | |
| 481. IRA #3 (H) | | | | | | | | | |
| 482. UBS Bank Deposit (cash) | A | Interest | L | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bea, Carlos T.** | 07/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II: Reportable assets related to these positions are included in Part VII.

Part III A.: Due to litigation, the state of California is retroactively adjusting judicial pensions; the figure provided is my best estimate of the final amount.

For ease of future reporting, Part VII of this report has been reorganized by account, in correspondence with related brokerage statements. As a result, more than one entry in Part VII may correspond with a single entry in the prior report. Where necessary for clarity, corresponding line numbers of the prior report are included in Column D(5) for ease of review and/or to account for name or symbol changes. This is not indicative of reportable transactions.

Part VII, line 2: Valuation was determined by the Los Angeles County Assessor's Appeal Board.

Part VII, line 3: Located on ▇▇▇▇ land.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlos T. Bea**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544